No. 257. Federal Crude Oil Co. *v.* Texas. October 11, 1943. Petition for writ of certiorari to the Court of

Civil Appeals, 3d Supreme Judicial District, of Texas denied. *Mr. Wm. D. Gordon* for petitioner.